# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **ELIZABETH WISE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:17-cv-00779-HFS |
| | ) |
| **WELLS FARGO BANK, N.A.,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Elizabeth Wise, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), by and through undersigned counsel Creighton P. Mayo, and Defendant Wells Fargo Bank, N.A., who hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant Wells Fargo Bank, N.A., with each side to bear its own fees and costs.

Respectfully submitted,

**CREDIT LAW CENTER**

Date: May 18, 2018  By: */s/ Creighton P. Mayo*
Creighton P. Mayo #65470
4041 N.E. Lakewood Way, Suite 200
Lee's Summit, MO 64064
Phone: 816-282-6606
Fax: 855-523-6884
creightonm@creditlawcenter.com

**ATTORNEY FOR PLAINTIFF**

**and;**

By: */s/ Nicole Y. Su*

Nicole Y. Su
Womble Bond Dickinson (US) LLP
3200 Park Center Dr., Ste. 700
Costa Mesa, CA 92626
P: (657) 266-1046
Nicole.su@wbd-us.com

**ATTORNEY FOR DEFENDANT
WELLS FARGO, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th Day of May, 2018 a copy of the foregoing was mailed, faxed, e-mailed or hand delivered to all counsel of record via the Court's automated ECF filing system.

/s/ Creighton P. Mayo
Creighton P. Mayo
Attorney for Plaintiff