IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Elizabeth Wise, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00779-HFS |
| ) | |
| Wells Fargo Bank, N.A., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

Plaintiff Elizabeth Wise and Defendant Wells Fargo Bank, N.A., have filed a joint stipulation of dismissal with prejudice of plaintiff's claims against Defendant Wells Fargo Bank, N.A. (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED** that the above action shall be dismissed with prejudice against Defendant Wells Fargo Bank, N.A. Each party to pay its own costs and attorney fees.

                                                       /s/ Howard F. Sachs
                                                       HOWARD F. SACHS
                                                       UNITED STATES DISTRICT JUDGE

May 22, 2018
Kansas City, Missouri